IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV301

| | |
|---|---|
| LASHANTA WILLIAMS, ) | |
| ) | |
| Appellant, ) | ORDER |
| ) | |
| vs. ) | |
| ) | |
| R. KEITH JOHNSON, ) | |
| ) | |
| Appellee ) | |
| _____ ) | |

    This matter is before the court upon its own motion. The Debtor filed a Notice of Appeal on June 26, 2008, but failed to pay the required filing fee pursuant to 28 U.S.C. § 1930. On June 26, 2008, the Debtor/Appellant was notified in writing and given ten days to pay the filing fee. To date, no fee has been tendered. In addition, the Appellant has failed to file her designation of items to be included on the record on appeal and her statement of the issues as required by Fed. R. Bankr. P. 8006. Accordingly,

    IT IS THEREFORE ORDERED that this appeal is hereby DISMISSED for failure to prosecute.

Signed: September 5, 2008

Graham C. Mullen
United States District Judge