# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Lashanta Williams,

    Appellant,                                      JUDGMENT IN A CIVIL CASE

vs.                                                         3:08-CV-301

R. Keith Johnson,

    Appellee.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/5/2008 Order.

                                                        Signed: September 5, 2008

Frank G. Johns, Clerk
United States District Court